In the Matter of Sidney L. Rosenberg, Appellant, v. Don J. Wickham, as Commissioner of Agriculture and Markets of the State of New York, Respondent.—

882

Reynolds, J. P., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur. [63 Misc 2d 880.]